**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *ConsumerRights@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 111751

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON DONNELLY,<br><br>Plaintiff,<br><br>vs.<br><br>GENPACT SERVICES LLC and CENTRAL CREDIT SERVICES LLC,<br><br>Defendant. | Docket No: 1:16-cv-08126-RA<br><br><br>**NOTICE OF PARTIAL SETTLEMENT** |

Now comes the Plaintiff ALLISON DONNELLY by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and CENTRAL CREDIT SERVICES, LLC, **ONLY** and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* as to CENTRAL CREDIT SERVICES, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

DATED: November 22, 2016

           **BARSHAY SANDERS, PLLC**

           By: */s David M. Barshay*
           David M. Barshay, Esq.
           BARSHAY SANDERS, PLLC
           100 Garden City Plaza, Suite 500
           Garden City, New York 11530
           Tel: (516) 203-7600
           Fax: (516) 706-5055
           *ConsumerRights@BarshaySanders.com*
           *Attorneys for Plaintiff*
           Our File No.: 111751

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530