Abrams, J

BARSHAY SANDERS, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 111751
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allison Donnelly,<br><br>　　　　　Plaintiff,<br><br>　　-against-<br><br>Genpact Services LLC and Central Credit Services LLC,<br><br>　　　　　Defendant. | Docket No: 1:16-cv-08126-RA |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff nad/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: February 15, 2017

BARSHAY SANDERS, PLLC

By: ___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 111751
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

2/22/17